UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 26-61509-CIV-SINGHAL

DAVIS JASS,

      Petitioner,

v.

MARIO IZQUIERDO, Warden, Broward
Transitional Center, *et al.*,

_____/

## ORDER

**THIS CAUSE** is before the Court on Petitioner's Petition for Writ of Habeas Corpus (the "**Petition**").  (DE [1-1]).  Petitioner argues that his continued detention violates due process for two reasons.  (DE [1-1] at 14–17).  First, his detention is constitutionally suspect because it exceeds six months.  (DE [1-1] at 14, 17).  Second, asserting immigration tribunals are not neutral adjudicators, Petitioner argues that the government's failure to afford him a bond hearing before a neutral adjudicator and his continued detention pending his appeal before the non-neutral Board of Immigration Appeals offends due process.  (DE [1-1] at 15–17).  Accordingly, it is hereby

      **ORDERED AND ADJUDGED** that:

1. Respondents are **ORDERED TO SHOW CAUSE** by **June 11**, 2026, why the Petition (DE [1-1]) should not be granted;

2. Respondents are **DIRECTED** to specifically and thoroughly address Petitioner's argument that immigration tribunals lack neutrality and thus offend due process.

      **DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 22nd day of May 2026.

Copies furnished counsel via CM/ECF

_____
RAAG SINGHAL
UNITED STATES DISTRICT JUDGE