UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 26-61509-CIV-SINGHAL

DAVIS JASS,

      Petitioner,

v.

MARIO IZQUIERDO, Warden, Broward
Transitional Center, *et al.*,

_____/

## ORDER

**THIS CAUSE** is before the Court on attorney David A. Focil's Notice of Appearance *Pro Hac Vice* on Behalf of Davis Jass (the "**Notice**").  (DE [7]).  The Court construes the Notice as a motion to appear *pro hac vice*.  The Notice must be denied, however, because it fails to comply with Local Rule 4(b)'s requirements for *pro hac vice* applicants in all respects.  *See* S.D. Fla. L.R. 4(b).  Indeed, it appears counsel did not consult Rule 4(b) at all.  Among other things, that rule requires *pro hac vice* motions to "conform to the form provided for these purposes on the Court's website," which counsel is encouraged to consult before filing a compliant, amended motion to appear *pro hac vice*.  *See* S.D. Fla. L.R. (4)(b)(3).  Accordingly, it is hereby

    **ORDERED AND ADJUDGED** that the Notice (DE [7]) is **DENIED** without prejudice to file an amended motion to appear *pro hac vice* that complies with this Court's local rules.

    **DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 27th day of May 2026.

RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies furnished counsel via CM/ECF